IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00973-PSF-OES

JOHNNY D. WADKINS,

    Applicant,

v.

AL ESTEP, and
KEN SALAZAR, The Attorney General of ths State of Colorado,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Figa, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 4th day of January, 2006.

    BY THE COURT:

    *s/ Phillip S. Figa*

    JUDGE, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO